UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., <br><br> Petitioners, <br><br> v. <br><br> REGIS PAILLARDON, <br><br> Respondent. | Case No.: _____-cv-_____ |

### PETITIONERS ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC.'S PETITION TO VACATE ARBITRATION AWARD

Petitioners Archer-Daniels-Midland Company and ADM Latin America Inc., by counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 6, 10, respectfully move for an order vacating the Final Award issued to the parties on July 9, 2012 in International Centre for Dispute Resolution / American Arbitration Association Case No. 50 180 T 00433 10 (Jose Maria Abascal, Arbitrator) ("Award"). The Award is appended hereto as Exhibit 1.

### PARTIES

1. Petitioner Archer-Daniels-Midland Company ("ADM") is a Delaware corporation. ADM's principal place of business is 4666 Faries Parkway, Decatur, IL 62526.

2. Petitioner ADM Latin America, Inc. ("ADM Latin") is a Delaware corporation. ADM Latin's principal place of business is 4666 Faries Parkway, Decatur, IL 62526.

3. Respondent Regis F. Paillardon is a citizen of France and a resident of Venezuela.

### JURISDICTION

4. This is an action to vacate an arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 6, 10, 202.

5. A petition to vacate is an independent action authorized by the Federal Arbitration Act. "The FAA . . . permit[s] parties to arbitration agreements to bring a separate proceeding in a district court to enter judgment on an arbitration award once it is made (or to vacate or modify it)." *Green Tree Financial Corp.-Alabama v. Randolph*, 531 U.S. 79, 86 (2000).

6. The Court has personal jurisdiction over Respondent because Respondent filed a complaint in this dispute against ADM Latin in 2009 in this judicial district, *Paillardon v. ADM Latin et al.*, 2:09-cv-02312-HAB-DGB. Respondent voluntarily dismissed that complaint and subsequently initiated the arbitration at issue, in which Respondent asserted the same claim asserted in the prior lawsuit and included additional claims.

7. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 & 1332 and 9 U.S.C. § 203.

## VENUE

8. Venue is proper under 28 U.S.C. § 1391 and 9 U.S.C. § 204.

## RELIEF REQUESTED

9. ADM and ADM Latin petition this Court to vacate the Award.

10. The Award must be vacated for three independent reasons.

11. *First*, the Arbitrator exceeded his powers under 9 U.S.C. § 10(a)(4) by failing to adhere to the legal principles specified by the contracts relevant to the dispute.

12. *Second*, the Award contravenes public policy under 9 U.S.C. § 10(a)(4) and Article V(2)(B) of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards.

13. *Third*, the Award is not supported by the evidence and thus the Arbitrator exceeded his powers. *Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 269 (7th Cir. 2006);

2

*United Food & Commercial Workers, Local 1546 v. Illinois-American Water Co.*, 569 F.3d 750, 755 (7th Cir. 2009).

14. The grounds for this petition are described in detail in the accompanying memorandum and supporting exhibits filed herewith.

15. ADM and ADM Latin hereby request an oral hearing on this matter.

WHEREFORE, Respondents Archer-Daniels-Midland Company and ADM Latin America, Inc. move for an Order vacating the Award, remanding for arbitration of the claims before a different arbitrator, awarding Petitioners their fees and costs incurred herein; and for such other and further relief as the Court may deem proper.

Respectfully submitted,

ARCHER-DANIELS-MIDLAND COMPANY and
ADM LATIN AMERICA, INC., Petitioners,

BY: FEATHERSTUN, GAUMER, POSTLEWAIT,
STOCKS, FLYNN & HUBBARD,

BY: /s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.: 06201986
FEATHERSTUN, GAUMER, POSTLEWAIT,
STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: jstocks@family-net.net
jstocks@centralillaw.com

Jon G. Fetterolf
Ryan McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

3

Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com

CERTIFICATE OF SERVICE

I certify that on August 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following. I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following: (All exhibits or other documents for which filing under seal is requested have been served upon the following counsel by regular mail and e-mail.)

Anthony B. Ullman
Salans, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY  10020
VIA E-MAIL:  aullman@salans.com

/s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.:  06201986
FEATHERSTUN, GAUMER, POSTLEWAIT, STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois  62525
Telephone:  (217) 429-4453
Fax:  (217) 425-8892
E-Mail:  jstocks@family-net.net
           jstocks@centralillaw.com

Jon G. Fetterolf
Ryan McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
E-Mail:  jfetterolf@wc.com
E-Mail:  rmccarthy@wc.com