AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois (Urbana)

| | | |
|---|---|---|
| Archer Daniels Midland Company, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  12-cv-02227-MPM-DGB |
| Regis Paillardon | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Regis Paillardon

Date:   09/06/2012

/s/
*Attorney's signature*

Anthony B. Ullman
*Printed name and bar number*
Salans LLP
620 Fifth Avenue
New York, New York 10020

*Address*

AUllman@Salans.com
*E-mail address*

(212) 632-8342
*Telephone number*

(212) 632-5558
*FAX number*