IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) ) |
| Petitioners, | ) Case No.: 2-12-cv-0227-MPM-DGB |
| v. | ) ) |
| REGIS PAILLARDON, | ) ) |
| Respondent. | ) |

**ENTRY OF APPEARANCE**

NOW COMES, Andrew W. B. Bequette, of the law firm of Beckett & Webber, P.C., entering his appearance for Respondent Regis Paillardon.

Respectfully submitted,

Regis Paillardon, Respondent

**s/ Andrew W. B. Bequette**
6274557
Attorney for Respondent Regis Paillardon
BECKETT & WEBBER, P.C.
508 S. Broadway, Urbana
P.O. Box 17160
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
andrew@beckettwebber.com

Dated: September 6, 2012

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2012, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following:

**Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rmccarthy@wc.com

**Anthony B. Ullman**
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

Respectfully submitted,

Regis Paillardon, Respondent

**s/ Andrew W. B. Bequette**
6274557
Attorney for Respondent Regis Paillardon
BECKETT & WEBBER, P.C.
508 S. Broadway, Urbana
P.O. Box 17160
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
andrew@beckettwebber.com

Dated:  September 6, 2012