**E-FILED**
Thursday, 06 September, 2012  03:36:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) ) | |
| Petitioners, | ) ) | Case No.: 2-12-cv-0227-MPM-DGB |
| v. | ) ) | |
| REGIS PAILLARDON, | ) ) | |
| Respondent. | ) | |

**RESPONDENT REGIS PAILLARDON 'S RULE 11.3 CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Respondent Regis Paillardon, pursuant to Rule 7.1 of the Code of Civil Procedure and Rule 11.3 of this Court, for its Certificate of Interest and Disclosure Statement asserts as follows:

1. Counsel represents the Respondent, Regis Paillardon, who is an individual party to this proceeding.

2. Respondent Regis Paillardon is a person and not a corporation.

3. Respondent Regis Paillardon will be represented by the following attorneys in this cause:

**Anthony B. Ullman**, LEAD COUNSEL
1981349
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

1

**Andrew W. B. Bequette**
6274557
BECKETT & WEBBER, P.C.
508 S. Broadway, Urbana
P.O. Box 17160
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
andrew@beckettwebber.com

                Respectfully submitted,

                Regis Paillardon, Respondent

                **s/ Andrew W. B. Bequette**
                6274557
                Attorney for Respondent Regis Paillardon
                BECKETT & WEBBER, P.C.
                508 S. Broadway, Urbana
                P.O. Box 17160
                Urbana, IL 61801
                (217) 328-0263
                (217) 328-0290 FAX
                andrew@beckettwebber.com

                Dated: September 6, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2012, I electronically filed the foregoing **Certificate of Interest** with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following:

**Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rmccarthy@wc.com

**Anthony B. Ullman**
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

Respectfully submitted,

Regis Paillardon, Respondent

**s/ Andrew W. B. Bequette**
6274557
Attorney for Respondent Regis Paillardon
BECKETT & WEBBER, P.C.
508 S. Broadway, Urbana
P.O. Box 17160
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
andrew@beckettwebber.com

Dated: September 6, 2012