IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) ) | |
| Petitioners, | ) ) | Case No.: 2-12-cv-0227-MPM-DGB |
| v. | ) ) | |
| REGIS PAILLARDON, | ) ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION
TO EXTEND TIME PURSUANT TO LOCAL RULE 6.1**

Now comes Respondent Regis Paillardon ("Paillardon"), by his undersigned counsel, and for his Motion for Extension of Time, pursuant to Local Rule 6.1, to file his responses to the Petition to Vacate Arbitration Award ("Petition"), filed by Petitioners Archer-Daniels-Midland Company and ADM Latin America (together, "ADM"), he states:

1. On August 27, 2012, ADM commenced the above-captioned action by filing its Petition seeking to vacate an arbitration award rendered against it in an arbitration proceeding between Paillardon and ADM.

2. Also on August 27, 2012, ADM filed a Motion for Leave to File an Oversized Brief ("Motion for Leave").

3. According to the Court docket, the Clerk has listed Paillardon's date to respond to the above-referenced papers as September 13, 2012.

4. The parties have conferred and agreed that Paillardon's time to file his responses

1

to the above-referenced papers may be extended to and through October 15, 2012.

5. No unfair prejudice or delay in the proceedings will result from this extension.

**WHEREFORE**, Respondent Regis Paillardon respectfully requests that the Court extend Paillardon's time to file his responses to the above-referenced papers to and through October 15, 2012.

Respectfully submitted,

Regis Paillardon, Respondent

**s/ Andrew W. B. Bequette**
Bar No. 6274557
Attorney for Respondent Regis Paillardon
BECKETT & WEBBER, P.C.
508 S. Broadway, Urbana
P.O. Box 17160
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
andrew@beckettwebber.com

-and-

Anthony B. Ullman (Bar No. 1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
(212) 632-5500
(212) 632-5555 FAX
aullman@salans.com

Dated: September 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2012, I electronically filed the foregoing **Motion to Extend Time** with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following:

**Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rmccarthy@wc.com

**Anthony B. Ullman**
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

Respectfully submitted,

Regis Paillardon, Respondent

**s/ Andrew W. B. Bequette**
6274557
Attorney for Respondent Regis Paillardon
BECKETT & WEBBER, P.C.
508 S. Broadway, Urbana
P.O. Box 17160
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
andrew@beckettwebber.com

Dated:  September 6, 2012