**E-FILED**
Friday, 12 October, 2012  10:03:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) ) |
| Petitioners, | ) Case No.: 2:12-cv-02227-MPM-DGB ) |
| v. | ) ) |
| REGIS PAILLARDON, | ) ) |
| Respondent. | ) ) ) |

## RESPONSE TO PETITIONERS' MOTION
## FOR LEAVE TO FILE OVERSIZED BRIEF

Respondent Regis Paillardon ("Paillardon"), by and through his undersigned counsel, respectfully submits his response to the motion for leave to file oversized brief ("ADM's Motion for Leave") filed by Petitioners Archer-Daniels-Midland Company ("Archer-Daniels") and ADM Latin, Inc. ("ADM Latin") (together, "ADM").  In its response, Paillardon states as follows:

1.      On August 27, 2012, ADM filed a Motion for Leave seeking permission to file oversized brief ("ADM's Oversized Brief") in support of its petition to vacate an arbitral award rendered in Paillardon's favor against ADM ("Petition to Vacate").

2.      Paillardon's oppositions to both ADM's Motion for Leave and its Petition to Vacate are due on or before October 15, 2012.

3.      Counsel for Paillardon has advised counsel for ADM that Paillardon intends to file a motion for leave to file an oversized brief, of not more than 35 pages, in opposition to the Petition to Vacate.  Counsel for ADM has advised that ADM does not object to such motion.

4.      Accordingly, and so long as Respondent's motion for leave to file an oversized

opposition brief is granted, Paillardon does not object to ADM's Motion for Leave.

Dated: October 12, 2012

Respectfully Submitted,

**REGIS PAILLARDON**

By: /s/ Andrew W. B. Bequette
         Andrew W. B. Bequette

BECKETT & WEBBER, P.C.
508 S. Broadway Avenue
P.O. Box 17160
Urbana, IL 61803-7160
Tel: 217-328-0263
Fax: 217-328-0290
E-mail: andrew@beckettwebber.com


- and -

Anthony B. Ullman (Bar No.
1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: 212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com