IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., <br><br>　　　　　　Petitioners, <br><br>　　　v. <br><br>REGIS PAILLARDON, <br><br>　　　　　　Respondent. | Case No.: 2:12-cv-02227-MPM-DGB |

## RESPONDENT'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Respondent Regis Paillardon ("Paillardon"), by and through his undersigned counsel, respectfully submits this motion for leave to file an oversized brief ("Paillardon's Motion for Leave") in support of his opposition ("Paillardon's Opposition") to a petition to vacate an arbitral award ("Petition to Vacate"), filed by Petitioners Archer-Daniels-Midland Company ("Archer-Daniels") and ADM Latin, Inc. ("ADM Latin") (together, "ADM"). In support of his Motion for Leave, Paillardon states as follows:

1.　On August 27, 2012, ADM filed its Petition to Vacate and motion for leave to file oversized brief in support of its Petition to Vacate ("ADM's Motion for Leave"). ADM also filed, as Exhibit 1 to ADM's Motion for Leave, the proposed brief in support of its Petition to Vacate ("Proposed Oversized Brief").

2.　Paillardon's Opposition to the Petition to Vacate and his response to the ADM's Motion for Leave are due on or before October 15, 2012.

3.　ADM's Proposed Oversized Brief, which is 31 pages long, sets forth multiple

arguments in support of its Petition to Vacate. To appropriately address those arguments, Paillardon correspondingly requires a brief of excess length.

4. Counsel for Paillardon has conferred with counsel for ADM and advised that Paillardon proposes to file an opposition brief of no more than 35 pages. Counsel for ADM has advised that ADM has no objection to that.

5. Paillardon's Opposition Brief (excluding the cover page, table of contents, table of authorities and other supplementary materials) is less than 35 pages long.

## CONCLUSION

For the foregoing reasons, the Court should grant Respondent Paillardon's motion for leave to file an oversized brief in opposition to Claimants' Motion to Vacate.

Dated: October 12, 2012

Respectfully Submitted,

**REGIS PAILLARDON**

By: /s/ Andrew W. B. Bequette
    Andrew W. B. Bequette

BECKETT & WEBBER, P.C.
508 S. Broadway Avenue
P.O. Box 17160
Urbana, IL 61803-7160
Tel: 217-328-0263
Fax: 217-328-0290
E-mail: andrew@beckettwebber.com


- and -

Anthony B. Ullman (Bar No. 1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Tel: 212-632-5500  
Fax: 212-632-5555  
E-mail: aullman@salans.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following:

**Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rmccarthy@wc.com

Respectfully Submitted,

By: /s/ Anthony B. Ullman
　　　Anthony B. Ullman

(Bar No. 1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: 212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com