IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., <br><br> Petitioners, <br><br> v. <br><br> REGIS PAILLARDON, <br><br> Respondent. | Case No.: 2:12-cv-02227-MPM-DGB |

**RESPONDENT'S RESPONSE TO
PETITIONERS' PETITION TO VACATE ARBITRATION AWARD**

Comes now Respondent REGIS PAILLARDON ("Paillardon") by and through his undersigned counsel and respectfully submits his Response to Petitioners' Petition to Vacate Arbitration Award ("Petition to Vacate"). In support hereof, Paillardon incorporates herein by reference and files simultaneously herewith his memorandum of law in support of Paillardon's Response to Petitioners' Petition to Vacate. Paillardon respectfully requests that this Court deny Petitioners' Petition to Vacate and grant Paillardon such other relief as this Court deems appropriate under the circumstances.

**CONCLUSION**

For the reasons stated above, ADM's motion to vacate the Final Award should be denied.

Dated: October 12, 2012

Respectfully Submitted,

**REGIS PAILLARDON**

By: /s/ Andrew W. B. Bequette
Andrew W. B. Bequette

BECKETT & WEBBER, P.C.
508 S. Broadway Avenue
P.O. Box 17160
Urbana, IL 61803-7160
Tel: 217-328-0263
Fax: 217-328-0290
E-mail: andrew@beckettwebber.com

- and -

Anthony B. Ullman (Bar No. 1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: 212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following:

**Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rmccarthy@wc.com

        Respectfully Submitted,

        By: /s/ Anthony B. Ullman
            Anthony B. Ullman

        (Bar No. 1981349)
        SALANS LLP
        Rockefeller Center
        620 Fifth Avenue
        New York, NY 10020-2457
        Tel: 212-632-5500
        Fax: 212-632-5555
        E-mail: aullman@salans.com