**E-FILED**
Monday, 15 October, 2012   04:06:07 PM
Clerk, U.S. District Court, ILCD

**RULE 26.3    FILING OF DISCOVERY OR DISCLOSURE MATERIALS**

(A)    Interrogatories under Fed. R. Civ. P. 33 and 26(b)(4), and the answers or objections thereto, requests for production or inspection under Fed. R. Civ. P. 34, and responses or objections thereto, requests for admission under Fed. R. Civ. P. 36, and responses and objections thereto, and depositions under Fed. R. Civ. P. 30 and 31 and disclosures under Rule 26, must not be filed with the clerk of this court except as hereinafter provided.

(B)    The party responsible for the service of discovery materials must retain the originals as custodian.

(C)    Any motion filed under Fed. R. Civ. P. 26 (c) or 37 must be accompanied by the relevant portions of discovery material relied upon or in dispute.

(D)    That portion of discovery material necessary to the consideration of a pretrial motion or for a final order on any issue must be filed contemporaneously with the motion or response to the motion and attached to the pleading as an exhibit thereto.

02227-T3955
BMS/tlp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOSE IBARRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.:   12-cv-02127-MPM-DGB |
| | ) |
| KEITH O. ANGLIN, JHON T. MYERS, | ) |
| LIEUTENANT GUSTIN, JODY OAKLEY, | ) |
| J. BALLEY, C/O BLADWER, DR. TERDY, | ) |
| JAIME HERNANDEZ, C/O DARRICKSON, | ) |
| | ) |
| Defendants. | ) |

SCANNED AT MENARD and E-mailed
10/15/2012 by KSE   35 pages
date         initials    No.

**INTERROGATORIES DIRECTED TO PLAINTIFF IBARRA BY DEFENDANT**
**DR. MAUREEN TWEEDY**

TO:   Mr. Jose Ibarra, #M13620
      Menard Correctional Center
      Inmate Mail/Parcels
      P.O. Box 1000
      Menard, IL  62259

The plaintiff, JOSE IBARRA, is hereby notified to answer the following Interrogatories separately and fully in writing, under oath and within thirty (30) days from date of service of these Interrogatories, all in accordance with the Federal Rule of Civil Procedure 33; these Interrogatories may be answered on these Interrogatories in the space provided and, if necessary, the reverse side hereof: