UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) Case No.: 2:12-cv-02227-MPM-DGB |
| REGIS PAILLARDON, | ) ) ) |
| Respondent. | ) ) |

### ARCHER DANIELS MIDLAND COMPANY AND ADM LATIN AMERICA, INC.'S MOTION FOR LEAVE TO FILE OVERSIZE REPLY BRIEF

Petitioners Archer Daniels Midland Company and ADM Latin America, Inc. respectfully submit this motion for leave to file an oversize reply brief in support of their Petition to Vacate Arbitration Award in favor of Respondent Regis Paillardon.[1]

### ARGUMENT

While Local Rule 7.1(B)(3) does not allow parties to file reply briefs as a matter of right, district courts retain broad discretion to grant parties leave to file oversize reply briefs. *See* C.D. Ill. Loc. R. 7.1(B)(3), 49.6(B)(5); *Carlson v. Ameren Corp.*, 2011 WL 612725, at *2 (C.D. Ill. Feb. 15, 2011). A reply brief is warranted in this case for several reasons.

First, although the Local Rules do not specifically provide for reply briefs concerning petitions to vacate an arbitration award, the rules do allow for reply briefs concerning motions for summary judgment. C.D. Ill. Loc. R. 7.1(D)(3). Like a court's decision on a motion for

---

[1] ADM contacted opposing counsel regarding whether they consent or oppose the motion. However, as of the time of this filing, opposing counsel has not responded. Because the legal basis for the motion is stated herein, the motion stands as a memorandum in support of the motion.

summary judgment, a court's decision on a petition to vacate an arbitration award is case-dispositive and requires a full review of the pleadings and record for any disputed legal and factual issues. Consistent with Local Rule 7.1(D)(3), ADM has filed this motion and the attached proposed reply within 14 days of the filing of Mr. Paillardon's response brief.

Second, ADM's proposed reply brief responds only to arguments raised by Mr. Paillardon's response—ADM does not seek to add new arguments or evidence that should have been included in its opening memorandum. Mr. Paillardon's response made a number of arguments that merit reply. Most importantly, Mr. Paillardon decided to respond to ADM's argument that the Arbitrator exceeded his powers by awarding $31 million for two breaches of the JVA in two unexpected ways. As to the Arbitrator's finding that ADM breached the JVA by "stopping the performance of the Business," Mr. Paillardon did not dispute that this determination contradicted the express terms of the contract, but instead argued that the Arbitrator in fact never found such a breach. And as to the finding that ADM breached the JVA by unilaterally terminating it, the focus of Mr. Paillardon's argument is not legal, but factual: Mr. Paillardon essentially agrees with ADM that there must be *some* basis for finding that this breach caused him $31 million in lost profits, he just argues that there is evidence in the record supporting this point. Opp. Br. at 17-18.

ADM's reply brief is intended to assist the Court by explaining that: (1) given the positions taken by Mr. Paillardon, the central issue for this Court (at least as to ADM's exceeding-the-powers ground for vacatur) is whether there is *some* evidence supporting Mr. Paillardon's causation argument, and (2) why there is in fact *no* evidence supporting such argument. Additionally, Mr. Paillardon's response raised a number of novel legal arguments

against ADM's public policy ground for vacatur. Opp. at 23-29. ADM's reply brief explains why these arguments are not borne out by the caselaw.

Third, the Court should allow ADM to file the attached proposed reply brief. Although it is in excess of five pages, *see* C.D. Ill. Loc. R. 7.1(D)(5), the reply brief is responding to Mr. Paillardon's oversize 35-page response brief. (ADM did not oppose Mr. Paillardon's motion to file an oversize brief, which was reasonable as ADM filed an oversize memorandum supporting its petition to vacate.) The Court granted both parties' motions to file oversize opening and response briefs. Considering the arguments raised by Mr. Paillardon that the reply brief needed to address, ADM's reply brief is an appropriate length.

## CONCLUSION

For the foregoing reasons, the Court should grant petitioners' motion for leave to file an oversize reply brief in support of their Petition to Vacate Arbitration Award in favor of Respondent Regis Paillardon.

Respectfully submitted,

ARCHER-DANIELS-MIDLAND COMPANY and
ADM LATIN AMERICA, INC., Petitioners,

BY:   FEATHERSTUN, GAUMER, POSTLEWAIT,
      STOCKS, FLYNN & HUBBARD,

BY:   /s/ Jerrold H. Stocks
      Jerrold H. Stocks
      ARDC No.: 06201986
      FEATHERSTUN, GAUMER, POSTLEWAIT,
      STOCKS, FLYNN & HUBBARD
      225 N. Water St., Suite 200
      P. O. Box 1760
      Decatur, Illinois 62525
      Telephone: (217) 429-4453
      Fax: (217) 425-8892
      E-Mail: jstocks@family-net.net

jstocks@centralillaw.com

Jon R. Fetterolf
Ryan McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com

4

## CERTIFICATE OF SERVICE

      I certify that on October 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following. I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following:  (All exhibits or other documents for which filing under seal is requested have been served upon the following counsel by regular mail and e-mail.)

Anthony B. Ullman  
Salans, LLP  
Rockefeller Center  
620 Fifth Avenue  
New York, NY  10020  
VIA E-MAIL:  aullman@salans.com

      /s/ Jerrold H. Stocks  
Jerrold H. Stocks  
ARDC No.:  06201986  
FEATHERSTUN, GAUMER, POSTLEWAIT, STOCKS, FLYNN & HUBBARD  
225 N. Water St., Suite 200  
P. O. Box 1760  
Decatur, Illinois  62525  
Telephone:  (217) 429-4453  
Fax:  (217) 425-8892  
E-Mail:  jstocks@family-net.net  
         jstocks@centralillaw.com

Jon G. Fetterolf  
Ryan McCarthy  
WILLIAMS & CONNOLLY, LLP  
725 Twelfth Street, N.W.  
Washington, D.C.  20005  
Telephone:  (202) 434-5000  
Fax:  (202) 434-5029  
E-Mail:  jfetterolf@wc.com  
E-Mail:  rmccarthy@wc.com