**E-FILED**
Friday, 26 October, 2012  04:27:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Case No.: 2:12-cv-02227-MPM-DGB ) |
| REGIS PAILLARDON, | ) ) |
| Respondent. | ) |

**INDEX OF EXHIBITS TO ARCHER DANIELS MIDLAND COMPANY AND ADM LATIN AMERICA, INC.'S REPLY PETITION TO VACATE ARBITRATION AWARD**

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 1. | Corrected Hearing Transcript (Excerpted) |