# Exhibit 1

AMERICAN ARBITRATION ASSOCIATION
COMMERCIAL ARBITRATION TRIBUNAL

Case No. 50 180 T 00433 10

------------------------------------x

REGIS PAILLARDON,

        Claimant,

v.

ARCHER-DANIELS-MIDLAND
COMPANY AND ADM LATIN AMERICA, INC.

        Respondents.

------------------------------------x


        Hyatt Regency Downtown Miami
        400 SE Second
        Hearing Room: Merrick II
        September 12, 2011
        9:30 a.m.


        VOLUME 1


Before: Jose Marin Abascal, Arbitrator

       Hector Flores Senkes, Secretary

```
 1
 2
 3   Appearances:
 4      On Behalf of the Claimants:
 5            SALANS
              Rockefeller Center
 6            620 Fifth Avenue
              New York, NY  10020-2457
 7            (212) 632-8457
              BY:  JOHN J. HAY, ESQ.
 8                 ANTHONY B. ULLMAN, ESQ.
                   ULYANA BARDYN, ESQ.
 9                 MARC SAGE, ESQ.
10      On Behalf of the Respondents:
11            WILLIAMS & CONNOLLY
              726 Twelfth Street, NW
12            Washington, D.C  20006
              (202) 434-5019
13            BY:  MEGHAN FERGUSON, ESQ.
                   RYAN McCARTHY, ESQ.
14                 GONZALO RODRIGUEZ, ESQ.
                   WILLIAM J. BACHMAN, ESQ.
15                 JON R. FETTEROLF, ESQ.
16
              HOGAN LOVELLS
17            Av. Blandin, La Castellana
              1060 Caracas, Venezuela
18            BY:  BRUNO CIUFFETELLI G, ESQ.
                   GONZALO RODRIGUEZ, ESQ.
19
20
21
22
23
24
25
```

CONFIDENTIAL PER PROTECTIVE ORDER

Page 2190

1  be, and the expression which is commonly used, that
2  is -- has to be cost related to the import.  And
3  those costs there must be directly related to what
4  the seller -- all of the costs that are incurred for
5  the import to take place.  And certainly, certainly,
6  they cannot be used to pay services that were
7  rendered in the ~~contract~~ [country].
8         There is no foreign exchange for -- to
9  pay -- at the official exchange rate to pay inside
10 Venezuela to someone who has rendered services in
11 Venezuela if you want to obtain what we call CADIVI
12 dollars, or CADIVI foreign currency.
13     Q.   Okay.  So your testimony is that if the
14 services were rendered outside of Venezuela, it is
15 not a problem, but if it is inside of Venezuela, it
16 becomes an issue?
17     A.   No.  If -- the hypothesis you exposed was
18 if it's a broker contracted by the seller.  That
19 would not be an issue.
20         Whereas, if it is a broker contracted by
21 the customer, it is not considered a cost related --
22 an import-related cost.  Therefore, you cannot pay
23 purchasers -- ~~purchasers, brokers~~ [purchasers' brokers] with CADIVI
24 dollars.  And that is independently of the location
25 of the broker.

CONFIDENTIAL PER PROTECTIVE ORDER

2467

**HEARING CERTIFICATE**

**I, Carol Hill Williams, RPR, RMR, CRR, certify that I was authorized and did stenographically report the foregoing proceedings and that this transcript is a true record of the proceedings.**

**I further certify that I am not a relative, employee, attorney, or counsel for any of the parties nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.**

**Dated this 23rd day of September, 2011.**

_____
**Carol Hill Williams, FPR, RMR, CRR**
CMRS, CPE, CRI