UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Case No.: 2:12-cv-02227-MPM-DGB ) |
| REGIS PAILLARDON, | ) ) |
| Respondent. | ) ) |

### ARCHER DANIELS MIDLAND COMPANY AND ADM LATIN AMERICA, INC.'S MOTION REQUESTING ORAL ARGUMENT

Petitioners Archer Daniels Midland Company and ADM Latin America, Inc. respectfully submit this motion requesting oral argument on their Petition to Vacate Arbitration Award in favor of Respondent Regis Paillardon.[1]

### ARGUMENT

Local Rule 7.1(A) provides that "[a]ny motion . . . may, in the court's discretion, be . . . scheduled for oral argument." C.D. Ill. Loc. R. 7.1(A). Consistent with its discretion under Rule 7.1(A), the Court should grant petitioners' request for oral argument on their Petition to Vacate Arbitration Award in favor of Respondent Regis Paillardon.

This case concerns an arbitration award issued on July 9, 2012, in favor of Mr. Paillardon for nearly *$35 million*. The arbitrator's single-spaced decision is 55 pages long; the arbitral hearing lasted 10 days and totaled over 2,400 pages of transcript; during the proceedings, the

---

[1] ADM contacted opposing counsel regarding whether they consent or oppose the motion. However, as of the time of this filing, opposing counsel has not responded. Because the legal basis for the motion is stated herein, the motion stands as a memorandum in support of the motion.

arbitrator received testimony from 13 fact witnesses and 6 experts; over 709 exhibits were submitted to the arbitrator; and the arbitrator received multiple pre- and post-hearing briefs from each party totaling several hundreds of pages. This extensive arbitral record is not due to the parties' or the arbitrator's verbosity; this case is simply very complex. During the arbitration, Mr. Paillardon asserted seven claims against petitioners, and petitioners likewise asserted numerous separate defenses to those claims. And the underlying relationship between the parties giving rise to Mr. Paillardon's claims and petitioners' defenses was governed by two distinct contracts and spanned a decade. Petitioners have identified numerous independent grounds for vacation of the award. Each ground requires a discussion of the award, the relevant facts, and the applicable law. Due to the complexity of this case, the Court has already granted leave to both parties to file oversize briefs concerning the petition to vacate.

Oral argument is appropriate here because it would allow the parties the best opportunity to adequately present their case, as well as assisting the Court by allowing the parties the opportunity to answer any questions it might have concerning the record or the parties' arguments.

## CONCLUSION

For the foregoing reasons, the Court should grant petitioners' motion requesting oral argument on their Petition to Vacate Arbitration Award in favor of Respondent Regis Paillardon.

Respectfully submitted,

ARCHER-DANIELS-MIDLAND COMPANY and
ADM LATIN AMERICA, INC., Petitioners,

BY:   FEATHERSTUN, GAUMER, POSTLEWAIT,
      STOCKS, FLYNN & HUBBARD,

BY:   /s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.: 06201986
FEATHERSTUN, GAUMER, POSTLEWAIT,
STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: jstocks@family-net.net
        jstocks@centralillaw.com

Jon R. Fetterolf
Ryan McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com

CERTIFICATE OF SERVICE

      I certify that on October 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following. I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following: (All exhibits or other documents for which filing under seal is requested have been served upon the following counsel by regular mail and e-mail.)

Anthony B. Ullman
Salans, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY  10020
VIA E-MAIL: aullman@salans.com

                /s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.: 06201986
FEATHERSTUN, GAUMER, POSTLEWAIT, STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois  62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: jstocks@family-net.net
        jstocks@centralillaw.com

Jon G. Fetterolf
Ryan McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com