IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

|  |  |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., <br><br> Petitioners, <br><br> v. <br><br> REGIS PAILLARDON, <br><br> Respondent. | ) ) ) ) ) ) Case No.: 2:12-cv-02227-MPM-DGB ) ) ) ) ) ) ) ) |

**RESPONDENT REGIS PAILLARDON'S
RESPONSE IN OPPOSITION TO PETITIONERS'
MOTION REQUESTING ORAL ARGUMENT**

BECKETT & WEBBER, P.C.
Andrew W. B. Bequette
508 S. Broadway Avenue
P.O. Box 17160
Urbana, IL 61803-7160
Tel: 217-328-0263
Fax: 217-328-0290
andrew@beckettwebber.com

– and –

SALANS LLP
Anthony B. Ullman (Bar No. 1981349)
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: 212-632-5500
Fax: 212-632-5555
aullman@salans.com

1557347

Respondent Regis Paillardon hereby responds to the motion of Archer Daniels Midland Company and ADM Latin America, Inc. (collectively, "ADM") requesting an oral argument.

Paillardon respectfully requests that the motion be denied, for the following reasons.[1]

1.  ADM's petition to vacate is governed by Local Rule 7.1(B).  Local Rule 7.1(A) provides that a movant on a motion governed by Local Rule 7.1(B) desiring oral argument "must so specify in the motion" along with a statement of why oral argument is desired.  ADM's petition (DE 1) did not contain any such specification or statement.  Accordingly, any right that ADM may have had to request oral argument has been waived.

2.  Independent of the foregoing, the issues raised in ADM's petition are not complex.  While ADM has proffered a multitude of arguments, thus resulting in its oversized brief, those arguments are all disposed of easily under established legal principles.  Accordingly, Paillardon believes that oral argument would not serve any particular purpose but would only result in delay.

Notwithstanding the foregoing, Paillardon states that, if this Court concludes that there are any points on which it would find oral argument helpful, Paillardon would not object.

Dated: November 6, 2012

Respectfully Submitted,

**REGIS PAILLARDON**

By: /s/ Andrew W. B. Bequette
    Andrew W. B. Bequette

---

[1] ADM states that it contacted opposing counsel to ascertain whether they consented to or opposed this motion but did not receive a response as of the time of filing.  To put that in context, counsel for ADM sent an email to counsel for Paillardon, requesting consent to this motion, at approximately 10:17 a.m. on October 26, 2012.  The email did not request a response by any particular time or indicate when ADM intended to file its proposed motion.  Without any further communication with Paillardon's counsel, ADM then filed the instant motion at approximately 5:30 p.m. that same day.

1

1557347

BECKETT & WEBBER, P.C.
508 S. Broadway Avenue
P.O. Box 17160
Urbana, IL 61803-7160
Tel: 217-328-0263
Fax: 217-328-0290
E-mail: andrew@beckettwebber.com

- and -

Anthony B. Ullman (Bar No. 1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: 212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

2

1557347

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following:

**Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rmccarthy@wc.com

Respectfully Submitted,

By: /s/ Anthony B. Ullman
Anthony B. Ullman

(Bar No. 1981349)
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: 212-632-5500
Fax: 212-632-5555
E-mail: aullman@salans.com

1557347