IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS:
URBANA DIVISION

ARCHER-DANIELS-MIDLAND COMPANY
AND ADM LATIN AMERICA, INC.,

   Petitioners,

v.

REGIS PAILLARDON,

   Respondent.

Case No. 12- cv-02227
(MPM)(DGB)

## NOTICE OF CHANGE OF LAW FIRM NAME

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, effective March 28, 2013, Salans LLP has changed its name to Salans FMC SNR Denton Europe LLP. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. However, the e-mail address of the counsel of record whose name appears below has been changed and is as set forth in the signature block below. Please take notice of these changes and update your records accordingly.

Dated: April 2, 2013

Respectfully submitted,

By: /s/ Anthony B. Ullman_____

 Anthony B. Ullman (Bar No. 1981349)

Salans FMC SNR Denton Europe LLP
620 Fifth Avenue
New York, NY 10020
anthony.ullman@dentons.com
Tel: 212-632-5500
Fax: 212-632-5555

*Attorneys for Respondent*

NewYork 1585742.1