# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Archer Daniels Midland Company, ADM Latin America Inc,<br>　　　　　Plaintiffs<br>　　　　　　vs.<br>Regis Paillardon,<br>　　　　　Defendant. | )<br>)<br>)<br>)　Case Number: 12-cv-2227<br>)<br>)<br>) |

### JUDGMENT   IN A CIVIL CASE

☒  **DECISION BY THE COURT**.   This action came before the Court.   The issues have been heard and a decision has been rendered.


　　　**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant and against the Plaintiff.


**Dated: May 10, 2013**


　　　　　　　　　　　　　　　　　　　　s/ Kenneth A. Wells　　　　　　
　　　　　　　　　　　　　　　　　　　　Kenneth A. Wells
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court