UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ARCHER-DANIELS-MIDLAND COMPANY )
AND ADM LATIN AMERICA, INC., )
)
    Petitioners, )
) Case No.: 2:12-cv-2227
v. ) **NOTICE OF APPEAL**
)
REGIS PAILLARDON, )
)
    Respondent. )

Notice is hereby given that Petitioners, Archer-Daniels-Midland Company and ADM Latin America, in the above named case hereby appeals to the United States Court of Appeals for the Seventh Federal Circuit from the following:

A.    March 28, 2013 Text Order;

B.    May 3, 2013 Opinion [Doc #24]; and

C.    May 10, 2013 Judgment [Doc #25].

    ARCHER-DANIELS-MIDLAND COMPANY and
    ADM LATIN AMERICA, INC., Petitioners,

BY:    FEATHERSTUN, GAUMER, POSTLEWAIT,
        STOCKS, FLYNN & HUBBARD,

BY:    /s/ Jerrold H. Stocks
        Jerrold H. Stocks
        ARDC No.: 06201986
        FEATHERSTUN, GAUMER, POSTLEWAIT,
        STOCKS, FLYNN & HUBBARD
        225 N. Water St., Suite 200
        P. O. Box 1760
        Decatur, Illinois  62525
        Telephone:  (217) 429-4453
        Fax:  (217) 425-8892
        E-Mail:  jstocks@family-net.net
                 jstocks@centralillaw.com

    Jon R. Fetterolf
    Ryan McCarthy
    WILLIAMS & CONNOLLY, LLP
    725 Twelfth Street, N.W.
    Washington, D.C.  20005
    Telephone:  (202) 434-5000
    Fax:  (202) 434-5029
    E-Mail:  jfetterolf@wc.com
    E-Mail:  rmccarthy@wc.com

CERTIFICATE OF SERVICE

   I certify that on June 3rd, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following.  I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following:

 Clerk of the Court (3 copies) via overnight
 United States District Court
 Central District of Illinois
 218 U.S. Courthouse
 201 S. Vine Street
 Urbana, IL 61802


 Anthony B. Ullman
 Salans, LLP
 Rockefeller Center
 620 Fifth Avenue, 4th Floor
 New York, NY  10020
 VIA E-MAIL:  Anthony.ullman@dentons.com

              /s/ Jerrold H. Stocks
         Jerrold H. Stocks
          ARDC No.:  06201986
          FEATHERSTUN, GAUMER, POSTLEWAIT,
          STOCKS, FLYNN & HUBBARD
          225 N. Water St., Suite 200
          P. O. Box 1760
          Decatur, Illinois  62525
          Telephone:  (217) 429-4453
          Fax:  (217) 425-8892
          E-Mail:  jstocks@family-net.net
            jstocks@centralillaw.com

         Jon G. Fetterolf
         Ryan McCarthy
         WILLIAMS & CONNOLLY, LLP
         725 Twelfth Street, N.W.
         Washington, D.C.  20005
         Telephone:  (202) 434-5000
         Fax:  (202) 434-5029
         E-Mail:  jfetterolf@wc.com
         E-Mail:  rmccarthy@wc.com