# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 4, 2013

**To:**　Kenneth A. Wells
　　　　District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-2220
>
> Caption:
> ARCHER-DANIELS-MIDLAND COMPANY and ADM LATIN AMERICA, INC.,
> Plaintiffs - Appellants
>
> v.
>
> REGIS PAILLARDON,
> Defendant - Appellee

> District Court No: 2:12-cv-02227-MPM-DGB
> Court Reporter Lisa Cosimini
> District Judge Michael McCuskey
> Clerk/Agency Rep Kenneth Wells
>
> Date NOA filed in District Court: 06/03/2013

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)