UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., )<br><br>Petitioners, )<br><br>v. )<br><br>REGIS PAILLARDON, )<br><br>Respondent. ) | Case No.: 2:12-cv-02227-MPM-DGB |

## ARCHER DANIELS MIDLAND COMPANY AND ADM LATIN AMERICA, INC.'S DESIGNATION OF RECORD ON APPEAL

Petitioners Archer Daniels Midland Company and ADM Latin America, Inc. respectfully request the designation of the following documents for inclusion in the record on appeal:

- Docket Entry 1 & Exhibits 1-2 – Petition to Vacate Arbitration Award

- Docket Entry 4 & Exhibits 1-3 – Motion for Leave to File Excess Pages & Proposed Memorandum In Support of Petition to Vacate Arbitration Award

- Docket Entry 11 – Response to Motion to Vacate International Arbitration Award

- Docket Entry 12 – Memorandum in Opposition to Motion to Vacate International Arbitration Award

- Docket Entry 14 & Exhibits A-NN – Affidavit in Opposition to Motion to Vacate International Arbitration Award

- Docket Entry 16 – Memorandum in Support of Petition to Vacate Arbitration Award

- Docket Entry 17 & Exhibits 1-39 – Exhibits in Support of Petition to Vacate Arbitration Award

- Docket Entry 18 & Exhibits 1-3 – Motion for Leave to File Oversize Reply Brief & Proposed Reply Brief

- Docket Entry 20 & Exhibits 1-2 – Response to Motion for Leave to File Oversize Reply Brief and Proposed Surreply Brief

- Docket Entry 24 – Opinion on Petition to Vacate International Arbitration Award

- Docket Entry 25 – Judgment on Petition to Vacate International Arbitration Award

- Docket Entry 26 – Notice of Appeal

        Respectfully submitted,

        ARCHER-DANIELS-MIDLAND COMPANY and
        ADM LATIN AMERICA, INC., Petitioners,

BY:    FEATHERSTUN, GAUMER, POSTLEWAIT,
          STOCKS, FLYNN & HUBBARD,

BY:    /s/ Jerrold H. Stocks
          Jerrold H. Stocks
          ARDC No.: 06201986
          FEATHERSTUN, GAUMER, POSTLEWAIT,
          STOCKS, FLYNN & HUBBARD
          225 N. Water St., Suite 200
          P. O. Box 1760
          Decatur, Illinois  62525
          Telephone: (217) 429-4453
          Fax: (217) 425-8892
          E-Mail: jstocks@family-net.net
                    jstocks@centralillaw.com

          Jon R. Fetterolf
          Ryan McCarthy
          WILLIAMS & CONNOLLY, LLP
          725 Twelfth Street, N.W.
          Washington, D.C.  20005
          Telephone: (202) 434-5000
          Fax: (202) 434-5029
          E-Mail: jfetterolf@wc.com
          E-Mail: rmccarthy@wc.com

CERTIFICATE OF SERVICE

       I certify that on June 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following.  I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following:  (All exhibits or other documents for which filing under seal is requested have been served upon the following counsel by regular mail and e-mail.)

Anthony B. Ullman  
SALANS FMC SNR DENTON EUROPE LLP  
620 Fifth Avenue  
New York, NY 10020-2457  
212-632-5500  
Fax: 212-632-5555  
Email: anthony.ullman@dentons.com

                                                /s/ Jerrold H. Stocks  
                                                Jerrold H. Stocks  
                                                ARDC No.:  06201986  
                                                FEATHERSTUN, GAUMER, POSTLEWAIT,  
                                                STOCKS, FLYNN & HUBBARD  
                                                225 N. Water St., Suite 200  
                                                P. O. Box 1760  
                                                Decatur, Illinois  62525  
                                                Telephone:  (217) 429-4453  
                                                Fax:  (217) 425-8892  
                                                E-Mail:  jstocks@family-net.net  
                                                              jstocks@centralillaw.com

                                                Jon R. Fetterolf  
                                                Ryan McCarthy  
                                                WILLIAMS & CONNOLLY, LLP  
                                                725 Twelfth Street, N.W.  
                                                Washington, D.C.  20005  
                                                Telephone:  (202) 434-5000  
                                                Fax:  (202) 434-5029  
                                                E-Mail:  jfetterolf@wc.com  
                                                E-Mail:  rmccarthy@wc.com