# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

October 8, 2013

| No.: 13-2220 | ARCHER-DANIELS-MIDLAND COMPANY and ADM LATIN AMERICA, INC., <br> Plaintiffs - Appellants <br><br> v. <br><br> REGIS PAILLARDON, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:12-cv-02227-MPM-DGB <br> Central District of Illinois <br> District Judge Michael P. McCuskey ||

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)