

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**OFFICE OF THE CLERK**

KENNETH A. WELLS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

RECORD TRANSMITTAL LETTER

October 9, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL  60604

RE:    Archer Daniels Midland Co v Paillardon
U.S.D.C. Docket No.:   12-cv-2227 (Urbana  Division)
U.S.C.A. Docket No.:   13-2220

Dear Mr. Agnello:

Please find attached the long record on appeal consisting of the following:

| | |
|---|---|
| 94 | Volume(s) of Pleading(s) |
| 0  | Volume(s) of Transcript(s) |
| 0  | Volume(s) of Sealed Documents(s) |
| 0  | Volume(s) of Exhibit(s) |
| 0  | Impounded Exhibit(s) |
| 0  | Other (Specify) |

Please acknowledge receipt of the above mentioned materials.

Very truly yours,

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT

I, KENNETH A. WELLS, Clerk of the United States District Court for the Central District of Illinois, do hereby certify the following to be the true and complete record of the original proceedings filed in my office in the matter of:

RE:     Archer Daniels Midland Co v Paillardon
U.S.D.C. Docket No.:   12-2227; Urbana Division
U.S.C.A. Docket No.:   13-2220

IN TESTIMONY WHEREOF, I have

hereunto subscribed my name

and affixed the seal of the aforesaid

court at Urbana, IL

this 9th  day of October, 2013.


KENNETH A. WELLS
CLERK U.S. DISTRICT COURT