UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Case No.: 2:12-cv-02227-MPM-DGB |
| REGIS PAILLARDON, | ) ) ) | |
| Respondent. | ) | |

### ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC.'S MOTION REQUESTING ORAL ARGUMENT

Petitioners Archer-Daniels-Midland Company and ADM Latin America, Inc. (collectively, "ADM") respectfully submit this motion requesting oral argument on their Motion for Relief From Judgment pursuant to Federal Rule of Civil Procedure 60(b)(2) and (b)(3).[1]

### ARGUMENT

Local Rule 7.1(A) provides that "[a]ny motion . . . may, in the court's discretion, be . . . scheduled for oral argument." C.D. Ill. Loc. R. 7.1(A). Consistent with the Court's discretion under Rule 7.1(A), ADM requests the Court grant oral argument on petitioners' Motion for Relief From Judgment pursuant to Federal Rule of Civil Procedure 60(b)(2) and (b)(3).

This case concerns an arbitration award issued on July 9, 2012, in favor of Mr. Paillardon for nearly *$35 million*. In addition to the case's voluminous record and the arbitrator's 55-page, single-spaced decision, the Court's opinion addressing ADM's petition to vacate the arbitration

---

[1] Because the legal basis for the motion is stated herein, the motion stands as a memorandum in support of the motion.

award spanned 22 pages. On appeal, the case received extensive oral argument before the Seventh Circuit.

The motion at issue concerns new evidence described by the United States Department of Justice in its Non-Prosecution Agreement with ADM, executed on December 20, 2013. The newly discovered evidence establishes that Mr. Paillardon engaged in unlawful activity and then lied about and concealed that activity during the arbitration. Mr. Paillardon's participation in the unlawful activity was central to ADM's defense at the arbitration, the arbitrator's opinion, the arguments in ADM's petition to vacate the arbitration award, and this Court's opinion concerning ADM's petition.

Oral argument is appropriate here because it would allow the parties the best opportunity to adequately present their case and explain the significance of the newly discovered evidence, as well as assist the Court by allowing the parties the opportunity to answer any questions the Court might have concerning the new evidence, the record, or the parties' arguments.

## CONCLUSION

For the foregoing reasons, the Court should grant petitioners' motion requesting oral argument on their Motion for Relief From Judgment pursuant to Federal Rule of Civil Procedure 60(b)(2) and (b)(3).

    Respectfully submitted,

    ARCHER-DANIELS-MIDLAND COMPANY and
    ADM LATIN AMERICA, INC., Petitioners,

    BY:   FEATHERSTUN, GAUMER, POSTLEWAIT,
            STOCKS, FLYNN & HUBBARD,

    BY:   /s/ Jerrold H. Stocks
            Jerrold H. Stocks
            ARDC No.: 06201986

FEATHERSTUN, GAUMER, POSTLEWAIT,
STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: jstocks@family-net.net
       jstocks@centralillaw.com

Jon R. Fetterolf
Ryan P. McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com

## CERTIFICATE OF SERVICE

I certify that on January 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following. I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following: (All exhibits or other documents for which filing under seal is requested have been served upon the following counsel by regular mail and e-mail.)

Anthony B. Ullman
Salans, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020
VIA E-MAIL: aullman@salans.com

/s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.: 06201986
FEATHERSTUN, GAUMER, POSTLEWAIT,
STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: jstocks@family-net.net
jstocks@centralillaw.com

Jon R. Fetterolf
Ryan P. McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com