UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Case No.: 2:12-cv-02227-MPM-DGB |
| REGIS PAILLARDON, | ) ) ) | |
| Respondent. | ) ) | |

**MOTION TO AMEND/CORRECT ATTACHMENT TO
MOTION FOR RELIEF FROM JUDGMENT**

Petitioners, Archer-Daniels-Midland Company and ADM Latin America, Inc. (collectively "ADM"), respectfully submit this Motion to Amend/Correct Attachment to Motion for Relief from Judgment:

1.      Attached to Document No. 33 – Motion to Set Aside Judgment Rule 60(b)(2), (b)(3) otherwise identified as Archer Daniels Midland Company and ADM Latin America, Inc.'s Motion for Relief of Judgment attaches, as Exhibit 1 to the Fetterolf Declaration (attachment 2 to said Document No. 33) the incorrect document.

2.      Attached hereto is the correct exhibit [SUBSTITUTE Exhibit 1 – Fetterolf Declaration] for which the movants request substitution for the exhibit previously filed. [Exhibit 1 to a previous filing.]

3.      The incorrect exhibit was attached in the download process and substitution of the correct exhibit is necessary to correct the error.

WHEREFORE, Movants respectfully request that the Court allow the substitution of Exhibit 1 attached to this Motion as and for Exhibit 1 to the Fetterolf Declaration (attachment 2 to Document 33) and that the originally submitted attachment 2 to Document No. 33 be stricken.

ARCHER-DANIELS-MIDLAND COMPANY and

ADM LATIN AMERICA, INC., Petitioners,

BY:   FEATHERSTUN, GAUMER, POSTLEWAIT,
       STOCKS, FLYNN & HUBBARD,

BY:   <u>/s/ Jerrold H. Stocks</u>
       Jerrold H. Stocks
       ARDC No.: 06201986
       FEATHERSTUN, GAUMER, POSTLEWAIT,
       STOCKS, FLYNN & HUBBARD
       225 N. Water St., Suite 200
       P. O. Box 1760
       Decatur, Illinois 62525
       Telephone: (217) 429-4453
       Fax: (217) 425-8892
       E-Mail: jstocks@family-net.net
              jstocks@centralillaw.com

       Jon G. Fetterolf
       Ryan McCarthy
       WILLIAMS & CONNOLLY, LLP
       725 Twelfth Street, N.W.
       Washington, D.C. 20005
       Telephone: (202) 434-5000
       Fax: (202) 434-5029
       E-Mail: jfetterolf@wc.com
       E-Mail: rmccarthy@wc.com

## CERTIFICATE OF SERVICE

I certify that on January 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following. I also sent the foregoing by e-mail and deposited a copy of the foregoing in a U. S. Post Office Box at 225 North Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following: (All exhibits or other documents for which filing under seal is requested have been served upon the following counsel by regular mail and e-mail.)

Anthony B. Ullman
Salans, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020
VIA E-MAIL: aullman@salans.com

/s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.: 06201986
FEATHERSTUN, GAUMER, POSTLEWAIT,
STOCKS, FLYNN & HUBBARD
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: jstocks@family-net.net
         jstocks@centralillaw.com

Jon G. Fetterolf
Ryan McCarthy
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-Mail: jfetterolf@wc.com
E-Mail: rmccarthy@wc.com