IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) ) | |
| Petitioners, | ) | Case No.: 2:12-cv-02227-MPM-DGB |
| | ) | |
| v. | ) | |
| | ) | |
| REGIS PAILLARDON, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS CHANGE

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, effective October 1, 2013, the attorney listed below has joined

Dentons US LLP.  The new address, phone number, fax number, and email address are listed

below.  Please take notice of these changes and update your records accordingly.

Dated:  January 17, 2014                    Respectfully submitted,

By: /s/ Anthony B. Ullman_____
Anthony B. Ullman
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
anthony.ullman@dentons.com

*Attorneys for Respondent*

1