UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY AND ADM LATIN AMERICA, INC., | ) ) ) | |
| Petitioners, | ) ) | |
| | ) | Case No.: 2:12-cv-02227-MPM-DGB |
| v. | ) ) | |
| REGIS PAILLARDON, | ) ) | |
| Respondent. | ) | |

### REGIS PAILLARDON'S UNOPPOSED MOTION TO EXTEND TIME

Respondent Regis Paillardon respectfully submits this unopposed motion requesting an extension of time to respond to four motions filed by Petitioners Archer-Daniels-Midland Company and ADM Latin America, Inc. (together, "ADM") on January 8, 2014:  ADM's Motion for Relief from Judgment (Docket Entry #33), Motion Requesting Oral Argument (Docket Entry #34), Motion for Leave to Amend Petition to Vacate Arbitration Award (Docket Entry #35), and Motion for Issuance of Letters Rogatory (Docket Entry #36).

### ARGUMENT

Local Rule 6.1 provides that "[a]ny party seeking an extension of time for any reason must file a motion for such extension before the original deadline…All such motions must state the amount of time requested, and must state whether opposing counsel has objection to the motion." C.D. Ill. Loc. R. 6.1. Respondent's answers to these four motions are due on January 27, 2014. Respondent hereby respectfully requests that the Court grant an extension until February 10, 2014 in which to file his answers or otherwise respond. Respondent's counsel has conferred with Petitioners' counsel on this request, and Petitioners' counsel agreed to the requested relief

1

by email dated January 15, 2014. Respondent requests this extension of time in order to fully consider Petitioners' numerous requests and the serious allegations contained therein.

**CONCLUSION**

For the foregoing reasons, Respondent Regis Paillardon respectfully requests that the Court grant this Motion and extend the deadline to answer or otherwise respond to Petitioner ADM's Motion for Relief from Judgment (Docket Entry #33), Motion Requesting Oral Argument (Docket Entry #34), Motion for Leave to Amend Petition to Vacate Arbitration Award (Docket Entry #35), and Motion for Issuance of Letters Rogatory (Docket Entry #36) to February 10, 2014.

Respectfully submitted,

DENTONS US LLP
By: /s/ Anthony B. Ullman
Anthony B. Ullman
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
anthony.ullman@dentons.com

BECKETT & WEBBER PC
Andrew W.B. Bequette
508 S. Broadway
PO Box 17160
Urbana, IL 61803-7160
Tel: (217) 328-0263
Fax : (217) 328-0290
andrew@beckettwebber.com

*Attorneys For Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I electronically filed the foregoing with the

Clerk of the Court using the electronic case filing system of the Court.


 /s/ Anthony B. Ullman
Anthony B. Ullman