# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 11, 2014

To:     Kenneth A. Wells
        UNITED STATES DISTRICT COURT
        Central District of Illinois
        U.S. Courthouse
        Urbana , IL 61802-3369

| No.: 13-2220 | ARCHER-DANIELS-MIDLAND COMPANY and ADM LATIN AMERICA, INC., <br> Plaintiffs - Appellants <br><br> v. <br><br> REGIS PAILLARDON, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:12-cv-02227-MPM-DGB <br> Central District of Illinois <br> District Judge Michael P. McCuskey ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 record to be returned later

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                         **Received by:**

4/11/2014                                                         s/ K. Marsh, Division Manager

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 11, 2014

*Before*

DIANE P. WOOD, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 13-2220 | ARCHER-DANIELS-MIDLAND COMPANY and ADM LATIN AMERICA, INC., Plaintiffs - Appellants<br><br>v.<br><br>REGIS PAILLARDON, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:12-cv-02227-MPM-DGB<br>Central District of Illinois<br>District Judge Michael P. McCuskey | |

Upon consideration of the **JOINT STIPULATION OF DISMISSAL OF APPEAL**, filed on April 9, 2014, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).



form name: **c7_FinalOrderWMandate**(form ID: **137**)