# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 2, 2014

To:
Kenneth A. Wells
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana , IL 61802-3369

| No.: 13-2220 | ARCHER-DANIELS-MIDLAND COMPANY and ADM LATIN AMERICA, INC., <br> Plaintiffs - Appellants <br><br> v. <br><br> REGIS PAILLARDON, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:12-cv-02227-MPM-DGB <br> Central District of Illinois <br> District Judge Michael P. McCuskey ||

The mandate or agency closing letter in this cause issued on April 11, 2014.

Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| Pleadings: | 1 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                         **Received by:**

6/3/2014                                                          s/J. Winkler
_____                _____

form name: **c7_Record_Return_toDC**(form ID: **205**)